

**STEVENSON MARINO LLP**

**Jeffrey R. Maguire**, Esq., Partner    o: (212) 939-7229    f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

July 16, 2024

*Via ECF*
The Honorable Jennifer L. Rochon
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

The requested extension until **August 2, 2024**, is GRANTED.

Dated: July 17, 2024          SO ORDERED.
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Ortega et al. v. Frozen Deli & Grocery Inc. et al.*
       <u>*Docket No: 24-cv-1231 (JLR)*</u>

Dear Judge Rochon:

We represent Plaintiffs Tomas Ortega and Francisco Ortega in the above-referenced matter alleging wage and hour claims against their former employers, Frozen Deli & Grocery Inc., Excellent Deli and Grocery Corp., Abdo Odhib, and Marwan Mahdi (collectively as "Defendants") under the Fair Labor Standards Act and the New York Labor Law. We write to respectfully request a fourteen-day extension to file Plaintiff's Motion for Default, to be filed no later than August 1, 2024.

On June 5, 2024, the Court issued an Order directing Plaintiffs to file their motion for default within twenty-eight days of the date that the Clerk issued the Certificate of Default. On June 21, 2024, the Clerk issued Certificate of Default. *See* Dkt. No. 26. Plaintiffs respectfully request fourteen more days to file their motion for default judgment, extending Plaintiffs' deadline from July 19, 2020, to August 2, 2024, as more time is needed to finalize Plaintiffs' motion. This is Plaintiffs' first request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeffrey R. Maguire
Stevenson Marino LLP