**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TOMAS ORTEGA and FRANCISCO
ORTEGA,

                    Plaintiffs,

                                                                  24 **CIVIL** 1231 (JLR)

          -against-                                     **<u>DEFAULT JUDGMENT</u>**

FROZEN DELI & GROCERY INC., EXCELLENT
DELI AND GROCERY CORPORATION, ABDO
ODHIB, and MARWAN MAHDI,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Opinion and Order dated November 21, 2024, final judgment entered in favor of Plaintiffs as follows: 1. Tomas Ortega be awarded: a. compensatory damages in the amount of $24,035.00, consisting of $21,620.00 in overtime wages and $2,415.00 in spread-of-hour wages; b. liquidated damages in the amount of $24,035.00; c. WTPA damages in the amount of $10,000.00; d. pre-judgment interest on his compensatory damages at a rate of 9% per year from February 9, 2023 through the date of the entry of judgment in the total compensatory interest amount of $4010.66; e. and post-judgment interest pursuant to 28 U.S.C. § 1961; and that 2. Francisco Ortega be awarded: a. compensatory damages in the amount of $3,120.00 consisting of $3,060.00 in overtime wages and $60.00 in spread-of-hour wages; b. liquidated damages in the amount of $3,120.00; c. WTPA damages in the amount of $10,000.00; d. pre-judgment interest on his compensatory damages at a rate of 9% per year from May 9, 2023 through the date of entry of judgment in the total compensatory interest amount of $445.16; e. and post-judgment interest pursuant to the 28 U.S.C. § 1961; and that 3. Plaintiffs together be awarded: a. Attorneys fees in

the amount of $11,000.00; and b. Costs in the amount of $736.84., and the case is closed.

**DATED**: New York, New York
November 22, 2024

                                      **DANIEL ORTIZ**
                              **Acting Clerk of Court**

**BY:** _____
                              **Deputy Clerk**